## CLARK, ADMINISTRATOR, v. CLARK.

[No. 11,847. Filed April 2, 1924.]

From the Wells Circuit Court; *Frank W. Gordon,* Judge.

Action between James B. Clark, administrator, and James B. Clark. From the judgment rendered therein, the former appeals. *Appeal dismissed.*

*Abram Simmons, Charles G. Dailey* and *Virgil M. Simmons,* for appellant.
*Eichhorn & Edris,* for appellee

REMY, C. J.—Dismissed, on authority of *Campbell, Admr.,* v. *Horner* (1895), 12 Ind. App. 86, 39 N. E. 768; *Nash* v. *Burgess* (1922), 79 Ind. App. 460, 135 N. E. 800.

## MACY v. MACY.

[No. 11,814. Filed April 2, 1924.]

From Marion Superior Court (A19,497); *Clinton H. Givan,* Judge.

Action between Gertrude C. Macy and Otis L. Macy. From the judgment rendered, the former appeals. *Affirmed.*

*Thomas C. Whallon,* for appellant.
*Holmes & McCallister,* for appellee.

PER CURIAM.—Judgment affirmed.

## A. J. YAWGER COMPANY v. DOVARS ET AL.

[No. 11,886. Filed April 9, 1924.]

From Industrial Board of Indiana.

Proceeding under Workmen's Compensation Act by Robert Dovars and others against A. J. Yawger Company. From the judgment rendered, the plaintiff appeals. *Affirmed.*

*Joseph W. Hutchinson,* for appellant.
*Perry Douglas* and *Frank C. Wade,* for appellee.

NICHOLS, J.—This judgment is affirmed on the authority of *American Hominy Co.* v. *Davis* (1920), 74 Ind. App. 622.